**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STACEY MILBRODT,** | ) | **CASE NO. 5:25-CV-02233** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | ) | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court upon the *Report and Recommendation* of United States Magistrate Judge Darrell A. Clay. The *Report and Recommendation* (ECF #11), issued on August 19, 2026, is hereby ADOPTED by this Court, without objection.

On October 19, 2025, Plaintiff/Claimant Stacey Flinner Milbrodt filed a *Complaint* in this Court (ECF #1) challenging the final decision of the Commissioner of the Social Security Administration, which decision denied her application for Supplemental Security Income disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 423 *et seq.* (ECF #7, *Transcript of Proceedings* ["*Tr.*"], pp. 14-32; PageID #43-#61).[1] The Administrative Law Judge

[1] Plaintiff filed her application for Supplemental Security Income on March 17, 2023. (ECF #7, *Tr.*, pp. 187-192 ; PageID #216-#221). The application was denied initially and upon reconsideration, and she thereafter requested a hearing before an Administrative Law Judge. (ECF #7, *Tr.*, pp. 89-92, 100-102, 104-105; Page ID #118-#121, #129-#131, #133-#134). On

("ALJ") determined that, while Plaintiff/Claimant Milbrodt had a number of severe impairments,[2] "the claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525, 404.1526)," (ECF #7, *Tr.*, p. 20; PageID #49), and that "after careful consideration of the entire record, I find that the claimant has the residual functional capacity to perform light work as defined in 20 CFR 404.1567(b)," within certain specified limitations as set forth in the ALJ's decision. (ECF #7, *Tr.*, p. 21; PageID #50).

Plaintiff/Claimant Milbrodt claims that: "the ALJ erred in evaluating her statements about the intensity and persistence of her symptoms under Social Security Ruling (SSR) 16-3p and 20 C.F.R. § 404.1529 and the ALJ did not consider her ability to sustain work under SSR 96-8p." (ECF #9, *Plaintiff's Brief on the Merits*, p.1, PageID #667, *as described in* ECF #11, *Report and Recommendation*, p. 12; PageID #708). The Commissioner of Social Security responded that "the ALJ applied multiple regulatory factors in evaluating Ms. Milbrodt's statements, substantial evidence supports the application, and Ms. Milbrodt's argument amounts to an impermissible invitation to reweigh the evidence." (ECF #10, *Defendant's Brief on the*

---

August 22, 2024, the hearing was held before an Administrative Law Judge, at which Ms. Milbrodt (represented by counsel) and a vocational expert testified. (ECF #7, *Tr.*, pp. 33-64; PageID #62-#93). On September 5, 2024, the Administrative Law Judge issued a written decision finding that Plaintiff/Claimant Milbrodt was not disabled. (ECF #7, *Tr.*, pp. 14-32; PageID #43--#61). That decision became final on August 19, 2025, when the Appeals Council declined further review. (ECF #7, *Tr.*, pp. 1-3; PageID #30-#32).

[2] Specifically, the ALJ's decision noted "[t]he claimant has the following severe impairments: degenerative disc disease of the lumbar and cervical spine; carpal tunnel syndrome; osteoarthritis; anxiety disorder; depressive/dysthymic disorder; and posttraumatic stress disorder (PTSD) (20 CFR 404.1520(c))." (ECF #7, *Tr.*, p. 10; PageID #48).

*Merits*, pp. 6-10, PageID #690-#694, *as described in* ECF #11, *Report and Recommendation*, p. 12; PageID #708).

After a full review of the arguments presented, the applicable law, and the record before the Court, the Magistrate Judge to whom this matter was referred pursuant to N.D. Ohio L.R. 3.1 (*See* Non-Numbered Docket Entry accompanying ECF #2), Magistrate Judge Darrell A. Clay, found that Plaintiff/Claimant Milbrodt had not demonstrated that the ALJ had committed error when assessing Ms. Milbrodt's residual functional capacity to perform light work within the conditions specified in the ALJ's decision, and therefore recommended to this Court that the Commissioner of Social Security's final decision, as reflected in the ALJ's ruling, be affirmed. (ECF #11, *Report and Recommendation*, pp. 15-21; PageID #711-#717).

Plaintiff/Claimant Milbrodt has not since filed any objections to the Magistrate Judge's August 19, 2026 *Report and Recommendation.*

The applicable standard of review of a magistrate judge's report and recommendation depends upon whether objections were made to the report and recommendation. When objections are made to the magistrate judge's report and recommendation, the district court reviews the case *de novo*. FED. R. CIV. P. 72(b)(3). When no timely objection is filed, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 Advisory Committee Notes (citations omitted). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.") (on *certiorari* from the Sixth Circuit).

While not required to do so under the applicable standard governing review of a *Report and Recommendation* to which no objection has been filed, the Court nevertheless has reviewed *de novo* the *Report and Recommendation*, and ADOPTS the *Report and Recommendation* in its entirety.

The Commissioner's decision denying Ms. Milbrodt's application for Supplemental Security Income disability insurance benefits is AFFIRMED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: November 9, 2026